IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NADIR OMAR ABDULLAH BIN, )
SA'ADOUN ALSA'ARY a/k/a AHMED )
OMAR, )
)
               Petitioner, )   Civil Action No. 09-0745 (RCL)
    v. )
)
BARACK OBAMA, *et al.*, )
)
          Respondents. )

**FILED**

**SEP - 4 2012**

Clerk, U.S. District and
Bankruptcy Courts

[PROPOSED] ORDER

This matter coming before the Court on Petitioner's Motion for Extension of Time to File

Status Report, and having considered the entire record, the Court finds that the motion should be

GRANTED.

**IT IS THEREFORE ORDERED THAT** counsel for Petitioner may file a Status Report

no later than November 2, 2012.

Date:   8/31/12

                                 Royce C. Lamberth
                                 UNITED STATES DISTRICT JUDGE